**GALATEA DeLAPP  #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   *PERFECTO GUTIERREZ-TORREZ*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>   *Plaintiff*,                                         )<br>                                                                )<br>   v.                                                      )<br>                                                                )<br>PERFECTO GUTIERREZ-TORREZ,  )<br>                                                                )<br>   *Defendant*.                                      )<br>_____) | 1:10-CR-340<br>STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |

**IT IS HEREBY STIPULATED**, by and between the parties **PERFECTO GUITERREZ TORREZ,** and the **UNITED STATES OF AMERICA**, and through their respective attorneys of record herein, that the sentencing in the above captioned matter now scheduled for **January 28, 2011 at 10:00 AM may be continued to February 11, 2011 at 10:00AM**, or any other time best suited for the court's morning schedule.

A continuance is necessary because the long standing defense interpreter has recently become unexpectedly permanently disabled and was unable to make a previously scheduled appointment to assist the defense attorney and the defendant to review the pre-sentence report.  The defense has contracted with a new interpreter who is not available until next week.  Counsel has previously scheduled out of town work commitments **January 24, 2011 through January 27, 2011** and can not meet with the new interpreter at the jail next week. Counsel has a court hearing in Jackson, California on Friday**, February**

**4, 2011**. The next available Friday court date for this matter is therefore **February 11, 2011.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

DATED: January 20, 2011                    /s/ Galatea DeLapp
                                           ***GALATEA DeLAPP*** Attorney for
                                           ***PERFECTO GUTIERREZ-TORREZ***

DATED: January 20, 2011                    BENJAMIN WAGNER
                                           United States Attorney

                                    By     /s/Karen Escobar
                                           ***KAREN ESCOBAR***
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

**Dated: 1/21/2011**                       /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

2