```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:10-CR-0340 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| PERFECTO GUTIERREZ-TORRES, | ) | |
| Defendant. | ) | |

Defendant PERFECTO GUTIERREZ-TORRES, by and through his attorney, GALATEA R. DELAPP, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to advance the sentencing time in this matter from 10:00 a.m. on Friday, February 11, 2011, to 9:00 a.m., February 11.

2. The parties stipulate that the continuance is necessitated by a conflict in the government attorney's schedule.

DATED: February 7, 2011                    Respectfully submitted,

                                           BENJAMIN B. WAGNER

1

                                          United States Attorney

                                          By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

                                          /s/ Galatea R. DeLapp
                                          GALATEA R. DELAPP
                                          Attorney for Defendant
                                          PERFECTO GUTIERREZ-TORRES


O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing time on February 11 is hereby advanced from 10:00 a.m. to 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 8, 2011**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2